

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NORA SALADO, JESUS MARTINEZ, BERTHA PEDREGON, ELSINA AVALOS, NATY RUBALCAVA, RAMON TIRRES, OFELIA MALTOS, ROSA SERNA, LUZ ELENA ABASTA, HERIBERTO ABASTA, PORFIRIO ROJAS, JOSEFINA SALAZAR, PARISHIONERS OF SAN JOSE CATHOLIC CHURCH. | § § § § § § | No. 08-22-00204-CV<br><br>Appeal from the<br><br>243rd Judicial District Court<br><br>of El Paso County, Texas<br><br>(TC# 2020DCV0453) |

Appellants,

v.

ROMAN CATHOLIC DIOCESE OF EL PASO, MARK J. SEITZ, BISHOP OF THE ROMAN CATHOLIC DIOCESE OF EL PASO,

Appellees.

### **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 2ND DAY OF AUGUST, 2023.

_____
YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (sitting by assignment)